IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW F. MCQUAIDE,<br><br>Plaintiff(s)<br>v.<br>LITTLE LEAGUE BASEBALL, INC.,<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:22-CV-80<br>)<br>)<br>)<br>)<br>) |

## REPORT OF NEUTRAL

A <u>Early Neutral Evaluation</u> session was held in the above captioned matter on <u>10/17/22</u>.

The case (please check one):
    <u>X</u> has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within <u>0</u> days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

<u>N/A</u>

Dated: <u>10/17/22</u>     /s/ Thomas P. McGinnis
                                                                 Signature of Neutral

Rev. 09/11